# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 17-7106**                                    **September Term, 2016**

**1:16-cv-02283-TFH**

**Filed On: July 13, 2017** [1683867]

Dawn Bennett and DJ Bennett Holdings,
LLC,

      Appellants

   v.

Google Inc.,

      Appellee

## O R D E R

The notice of appeal was filed on July 7, 2017, and docketed in this court on July 13, 2017. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 14, 2017 |
| Docketing Statement Form | August 14, 2017 |
| Entry of Appearance Form | August 14, 2017 |
| Procedural Motions, if any | August 14, 2017 |
| Statement of Intent to Utilize Deferred Joint Appendix | August 14, 2017 |
| Statement of Issues to be Raised | August 14, 2017 |
| Transcript Status Report | August 14, 2017 |
| Underlying Decision from Which Appeal or Petition Arises | August 14, 2017 |
| Dispositive Motions, if any (Original and 4 copies) | August 28, 2017 |

It is

# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 17-7106**                                              **September Term, 2016**

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 14, 2017 |
| Entry of Appearance Form | August 14, 2017 |
| Procedural Motions, if any | August 14, 2017 |
| Dispositive Motions, if any (Original and 4 copies) | August 28, 2017 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
Amanda Himes
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases